W. SHARP, J.
Johnson-Baker appeals from the summary denial of his motion filed pursuant to Florida Rule of Criminal Procedure 3.850. We affirm.
This is Johnson-Baker’s third 3.850 motion and appeal from a summary denial,[1] He has filed a direct appeal, which was affirmed,[2] and a petition for habeas corpus seeking a belated appeal.[3] In the habeas, he asserted ineffective assistance of trial counsel, in handling his direct appeal and rule 3.850 motion. The petition was denied by this court.[4]
This third motion is untimely, as well as successive, since it was filed more than two years after Johnson-Baker’s conviction and sentence became final. Johnson-Baker has not demonstrated any basis for consideration of an untimely-filed, post-conviction motion.
We conclude that enough is enough,[5] and we warn Johnson-Baker against filing additional frivolous and successive petitions or appeals in this court, concerning his 1987 conviction and sentence for first degree murder.[6]
AFFIRMED.
.HARRIS and GRIFFIN, JJ., concur.

. See Johnson-Baker v. State, 683 So.2d 501 (Fla. 5th DCA 1996); Johnson-Baker v. State, 584 So.2d 11 (Fla. 5th DCA 1991).

. Johnson-Baker v. State, 529 So.2d 708 (Fla. 5th DCA 1988).

. Johnson-Baker v. State, Case No. 96-3289 (denied 12/26/96).

. Johnson-Baker v. State, Case No. 96-3289 (denied 12/26/96).

. Isley v. State, 652 So.2d 409 (Fla. 5th DCA 1995).

. See Hall v. State, 753 So.2d 779 (Fla. 5th DCA 2000).